IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case No. 1:13-cv-02897-CMA-CBS

ALTA SIMPSON,

    Plaintiff,

v.

COLORADO CASUALTY INSURANCE COMPANY,

    Defendant.

---

ORDER GRANTING STIPULATED MOTION TO MODIFY SCHEDULING ORDER

---

This civil action comes before the court on the parties' Stipulated Motion to Modify the Scheduling Order. The court having reviewed the Motion and the entire case file and being fully advised on the premises, IT IS ORDERED that:

1. The Stipulated Motion to Modify the Scheduling Order is GRANTED and the schedule is modified as follows:

    a. The deadline to endorse affirmative experts is extended to May 16, 2014.

    b. The deadline to endorse rebuttal experts is extended to June 30, 2014.

    c. The discovery cut-off deadline is extended to July 29, 2014.

    d. The deadline for dispositive motions is extended to August 22, 2014.

    e. The Final Pretrial Conference is reset to November 24, 2014 at 10:00 a.m.

Dated at Denver, Colorado this 12th day of March, 2014.

                              BY THE COURT:

                              s/Craig B. Shaffer
                              United States Magistrate Judge