**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Civil Action No. 13-cv-02897-CMA-CBS

ALTA SIMPSON,

      Plaintiff,

v.

COLORADO CASUALTY INSURANCE COMPANY,

      Defendant.

_____

**ORDER OF DISMISSAL WITH PREJUDICE**

_____

      Pursuant to the Stipulation of Dismissal With Prejudice (Doc. # 21), signed by the

attorneys for the parties hereto, it is

      ORDERED that this case is DISMISSED WITH PREJUDICE, each party to pay

her or its own attorney fees and costs.

      DATED:  May __06__, 2014

                              BY THE COURT:

                              _____

                              CHRISTINE M. ARGUELLO
                              United States District Court Judge